DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK, AS TRUSTEE,**
Appellant,

v.

**DONALD MILLER, MARY T. MILLER** and **OCEAN PEARL II HOMEOWNER'S ASSOCIATION,**
Appellees.

No. 4D18-2820

[June 20, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Paul B. Kanarek, Judge; L.T. Case No. 312013 CA 000481.

Brendan I. Herbert and Steven J Brotman of Locke Lord LLP, West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***